UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────
JOSUE ROMERO,

                Plaintiff,

    - against -

ELETRONIC EXPRESS, INC.,

                Defendant.
───────────────────────────────────

20-cv-9077 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff should file an Order to Show Cause for a default judgment by August 9, 2021, or the case may be dismissed for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          July 26, 2021

                                          _____
                                            John G. Koeltl
                                    United States District Judge